JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Joshua M. Barkan | **CASE NO.:  5:26-cv-1572-KK (DTBx)** |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| AKRS Equipment, Nationwide Insurance DOES 1-20 | |
| Defendants. | |

Based on the Stipulation of the Parties to the above-entitled action, and good cause appearing, **IT IS SO ORDERED** that this entire action is dismissed with prejudice. Each party is to bear its own fees and costs.

DATED: June 23, 2026

_____
Honorable Kenly K. Kato

UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER